UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br>　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>DIVYA'S KITCHEN HOLDINGS, LLC, a New York limited liability company, d/b/a DIVYA'S KITCHEN, and INTERFAITH LEAGUE OF DEVOTEES, a New York not-for-profit corporation,<br>　　　　　　　　　　Defendants. | 22-CV-7552 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　Defendants were served on October 17, 2022. However, no appearance has been entered on either Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

　　Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

　　If Plaintiff fails by December 2, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

　　Plaintiff is directed to serve a copy of this order by mail on Defendants.

　　SO ORDERED.

Dated: November 17, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge